# Court of Appeals
# of the State of Georgia

ATLANTA,   August 22, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0493. JIM LINZELL JACKSON SR. v. LEHERN MCGOVERN BOVIS, INC.**

Jim Jackson, Sr., filed a civil action against Lehrer McGovern Bovis, Inc., seeking damages for injuries he sustained on April 9, 1999. On June 19, 2001, the trial court granted the defendant's motion to dismiss. Jackson appealed to this Court, and we affirmed the trial court's ruling. See *Jackson v. Lehrer McGovern Bovis, Inc.* (Case Number A03A2094, decided Dec. 16, 2003). In 2009, Jackson filed a pleading, which he entitled "Petition Writ of Prohibition," seeking to recover damages and relief from the same injury claim. The trial court dismissed the case on February 16, 2010.

In Case No. A10D0361, Jackson filed his first application for discretionary appeal from the trial court's order of dismissal, which this Court dismissed as untimely on May 13, 2010. Jackson has now filed a second application for discretionary appeal from the same order, which we dismiss for the same reason. To be valid, an application for discretionary appeal must be filed within 30 days of the entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Jackson filed his application more than two years after entry of the order he seeks to appeal. His application is therefore untimely and is hereby *DISMISSED* for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 08/22/2012

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*